Eliot M. Harris, OSB #116968
WILLIAMS KASTNER GREENE & MARKLEY
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Phone: (503) 228-7967
Fax: (503) 222-7261
eharris@williamskastner.com
*Attorneys for Plaintiff Century Surety Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CENTURY SURETY COMPANY**, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>**PTC, INC.**, an Oregon business corporation;<br>**LEE WORKS**, an Oregon Resident;<br><br>Defendants. | Case No. 6:17-cv-00693-AA<br><br>**ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, based on the stipulation of the parties, this action is hereby dismissed with prejudice and without costs as to any party.

Page 1 - ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITH PREJUDICE

IT IS SO ORDERED this 19th day of June, 2018.

*signature*

Honorable District Judge Ann Aiken

SUBMITTED BY:

*s/ Eliot M. Harris*
Eliot M. Harris, OSB #116968
WILLIAMS, KASTNER & GIBBS PLLC
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Phone: 206-628-660
eharris@williamskastner.com

*Attorneys for Plaintiff*
*Century Surety Company*

Page 2 - ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITH PREJUDICE